NOTE:  This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**IN RE:  ROBERT SABIN,**

*Appellant*

---

2020-1055

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 12/661,964.

---

**JUDGMENT**

---

JOHN FRANCIS VODOPIA, John F. Vodopia, PC, Huntington, NY, argued for appellant.  Also represented by ALFRED M. WALKER, Alfred M. Walker PC, Melville, NY.

MAUREEN DONOVAN QUELER, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Andrei Iancu.  Also represented by KAKOLI CAPRIHAN, THOMAS W. KRAUSE, FARHEENA YASMEEN RASHEED.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, MOORE, and TARANTO, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

<u>October 6, 2020</u>
Date

<u>/s/ Peter R. Marksteiner</u>
Peter R. Marksteiner
Clerk of Court